# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>NEIL PATRI R. THOMPSON A/K/A NEIL PATRICK R. THOMPSON A/K/A NEIL PATRIC THOMPSON, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 17-02256<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served NEIL PATRI R. THOMPSON A/K/A NEIL PATRICK R. THOMPSON A/K/A NEIL PATRIC THOMPSON the above process on the 19 day of August, 2017, at 3:41 o'clock, PM, at 1917 RITTER AVENUE BRISTOL, PA 19007, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>51-55</u>  Height <u>5'7</u>  Weight <u>185</u>  Race <u>WHITE</u>  Sex <u>MALE</u>  Hair <u>GRAY</u>
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of <u>Pa</u>      )
                                    ) SS:
County of <u>Berks</u>              )

Before me, the undersigned notary public, this day, personally, appeared <u>D'wayne Henriksson</u> to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158121
Case ID #:4963787

Subscribed and sworn to before me
this <u>21</u> day of <u>Aug</u>, 20<u>17</u>.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017